

**SULLIVAN | BRILL**
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

**MEMO ENDORSED** November 12, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-2019
```

**Via ECF**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re: <u>United States v. Devon Brown</u>
Ind. # 19 Cr. 792 (LTS)

Dear Judge Swain,

    Mr. Brown is scheduled for his first status conference on Friday, November 15 at 10:30 am. Given the potential for delay due to an earlier status conference on a multi-defendant case, I am respectfully requesting that Your Honor scheduled Mr. Brown's conference for 11:00 am. I have spoken to AUSA Christopher Clore and he consents.

    Thank you for your consideration.

Very Truly Yours,

*The requested time change is granted. DE #6 resolved.*

SULLIVAN & BRILL, LLP

SO ORDERED:
/s/ 11/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: Steven Brill