UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                                      No. 19 CR 792-LTS

DEVON BROWN,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed Defendant Devon Brown's application for bail, made in light of the COVID-19 epidemic. The Court will hold a telephonic hearing on Mr. Brown's application on **April 6, 2020, at 11:00 a.m.** Mr. Brown's counsel represents that Mr. Brown "freely and voluntarily waives his right to appear." (Docket Entry No. 17). To access the call, the parties must dial 888-363-4734 and enter the access code 1527005, followed by the security code 2370. Call participants are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers in to the line must identify themselves if asked to.
4. Identify yourself each time you speak.
5. Mute when you are not speaking to eliminate background noise.
6. Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
April 3, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge