UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                          No.  19-CR-792-LTS

DEVON BROWN,

        Defendant.

-------------------------------------------------------x

## ORDER

        The pretrial conference scheduled for May 21, 2020, at 11:00 a.m. is rescheduled to **August 20, 2020, at 11:00 a.m.** at the parties' request in light of the ongoing pandemic and to discuss a potential disposition of the case.  For these reasons, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 20, 2020, outweigh the best interests of the public and the defendant in a speedy trial.

        SO ORDERED.

Dated: New York, New York
       May 13, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge