UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                                                              No.  19-CR-792-LTS

DEVON BROWN,

        Defendant.

-------------------------------------------------------x

## ORDER

        The pretrial conference scheduled for October 19, 2020, at 11:00 a.m., is rescheduled to **December 16, 2020, at 9:00 a.m.,** at the parties' request in light of the ongoing pandemic and to discuss a potential disposition of the case.  No conference date and time can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on December 16, 2020**, until further notice.

        For these reasons, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through December 16, 2020, outweigh the best interests of the public and the defendant in a speedy trial.

        SO ORDERED.

Dated: New York, New York
       October 1, 2020

                                                                                                  /s/ Laura Taylor Swain
                                                                                                  LAURA TAYLOR SWAIN
                                                                                                  United States District Judge