

February 1, 2021

**Via ECF**                                                **MEMO ENDORSED**
Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, New York 10007-1312

                       Re: <u>United States v. Devon Brown</u>
                             Ind. # 19 Cr. 792 (LTS)

Dear Judge Swain,

       Mr. Brown is scheduled for a status conference on February 10, 2021. The parties have engaged in plea negotiations, and more time is needed to continue those discussions. Therefore, I respectfully request that the Court adjourn Mr. Brown's status conference until March 3, 2021. Mr. Brown has no objection to excluding time under the Speedy Trial Act until March 3, 2021.

       The Government consents.

       Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

The application is granted. The conference is adjourned to March 3, 2021, at 9:00 a.m. Counsel are requested to keep their calendars open for the morning insofar as possible, as a precise time cannot be confirmed until the week before. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 3/3/21 outweigh the best interests of the public and the defendant(s) in a speedy trial for the reasons stated above.
DE# 32 resolved.
 SO ORDERED.
Dated: 2/1/2021
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ