UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA,            :

              -v-                  :         19-CR-792 (LTS)

DEVON BROWN,                    :

             Defendant.      :

-----------------------------------------------------------------------X

ORDER

       Defendant's change of plea hearing, currently scheduled for March 3, 2021, at 9:00 a.m., is adjourned pending further order of the Court.

       SO ORDERED.

Dated: New York, New York
       February 23, 2021

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge