UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                     No.  19-CR-792-LTS

DEVON BROWN,                              ORDER

          Defendant.

--------------------------------------------------------x

The sentencing hearing in this case is scheduled to proceed on January 19, 2023, at 11:00 a.m. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.


          SO ORDERED.

Dated: New York, New York                _/s/ Laura Taylor Swain_____
       January 17, 2023                LAURA TAYLOR SWAIN
                                      Chief United States District Judge