UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

DEVON BROWN

                Defendant.

-----------------------------------------------------------x

No. 19 crim 792 (LTS)

## ORDER

    ORDERED that pursuant to sentence of time served imposed today, the defendant Devon Brown is discharged from the custody of the U.S. Marshals Service.

    SO ORDERED.

Dated: New York, New York
       January 19, 2023

                                                       LAURA TAYLOR SWAIN
                                                     Chief United States District Judge